FILED
2026 Nov-24 PM 02:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **VERNON LEE FINKLEY, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 5:26-cv-1413-LCB** |
| | ) | |
| **EQUIFAX INFORMATION SERVICES LLC, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

# MEMORANDUM

The parties have filed a joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for all claims asserted by Finkley against Equifax Information Services, LLC. (Doc. 21).

Parties may dismiss an action voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, receiverships, or any applicable federal statute. FED. R. CIV. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case. Moreover, in a lawsuit with more than one defendant, "an 'action' can refer to all the claims against one party." *Baxter v. Santiago-Miranda*, 121 F.4th 732, 884 (11th Cir. 2024). Rule 41(a) therefore permits a plaintiff to "dismiss an 'action' against a single defendant—that is, all claims against that defendant." *Id.*

Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, all claims against Equifax Information Services, LLC were dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and dismisses the action upon proper filing). Finkley's claims against Experian Information Solutions, Inc. and TransUnion LLC remain.

**DONE** and **ORDERED** this November 24, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE